UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                    CIVIL ACTION NO. 99-60498

       v.                            HONORABLE GEORGE CARAM STEEH

SHEILA SEARS,
A/K/A SHEILA ARRINGTON,

       Defendant.
_____/

### ORDER REGARDING DEFENDANT'S
### OBJECTION TO GARNISHMENT (DOC. 24, 25)

This matter was scheduled for hearing today and defendant appeared, as did plaintiff's counsel, Mr. Craig Schoenherr.

Defendant produced papers that appear to indicate the balance of her student loan was satisfied by virtue of a tax refund seizure in 2011. Plaintiff's counsel indicated he will investigate and notify the court if another hearing is called for. Mr. Schoenherr also indicated he is willing to talk to defendant's employer about holding the funds withheld by virtue of the garnishment until the question of defendant's indebtedness is resolved.

It is so ordered.

Dated: February 12, 2014

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 12, 2014, by electronic and/or ordinary mail and also on Sheila Arrington, 17333 Muirland, Detroit, MI 48221.

<u>s/Barbara Radke</u>
Deputy Clerk